# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOMALTUS LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-CV-00757-JRG-RSP |
| | § § | |
| vs. | § | LEAD CASE |
| | § § | |
| ASUS COMPUTER INTERNATIONAL | § § § | |
| Defendant. | § § | |
| SOMALTUS LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-CV-00760-JRG-RSP |
| | § § | |
| vs. | § | CONSOLIDATED CASE |
| | § § | |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | § § § § | |
| Defendants. | § § | |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Somaltus, LLC hereby notifies the Court it and Defendant Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. ("Samsung Defendants") have reached an agreement in principle that will resolve all pending claims between them. Accordingly, Somaltus, LLC files this unopposed motion for a stay of all pending deadlines, until and including February 27, 2017 so that the parties may finalize their agreement and submit dismissal papers accordingly. This stay is not sought for the purpose of delay but so that justice may be served.

Dated: January 25, 2017    Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on January 25, 2017 he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

/s/ Jay Johnson
Jay Johnson

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on January 25, 2017.

/s/ Jay Johnson
Jay Johnson