## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SOMALTUS LLC | § | |
| Plaintiff, | § § § | Case No: 2:16-CV-00757-JRG-RSP |
| vs. | § § | LEAD CASE |
| ASUS COMPUTER INTERNATIONAL | § § § | |
| Defendant. | § § | |
| SOMALTUS LLC | § § | |
| Plaintiff, | § § § | Case No: 2:16-CV-00760-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD., | § § § § | |
| Defendants. | § § | |

## **ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES**

On this date came for consideration Plaintiff Somaltus, LLC's Unopposed Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the motion, finds that it should be granted in order to provide time for Somaltus, LLC and Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. ("Samsung Defendants") to finalize an agreement resolving the claims between them.

It is therefore ORDERED that the Unopposed Motion to Stay All Deadlines is GRANTED.

It is further ORDERED that all deadlines among Somaltus, LLC and Samsung Defendants are stayed to and including February 27, 2017. If a motion to dismiss has not been filed by February 27, 2017, the parties are ORDERED to appear for a status conference on February 28, 2017 at 9:00 a.m.

**SIGNED this 27th day of January, 2017.**

                                                                                   _____
                                                                                   ROY S. PAYNE
                                                                                   UNITED STATES MAGISTRATE JUDGE