## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SOMALTUS LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-CV-00757-JRG-RSP |
| | § | |
| vs. | § § | LEAD CASE |
| ASUS COMPUTER INTERNATIONAL | § § | |
| Defendant. | § § | |
| SOMALTUS LLC | § § | |
| Plaintiff, | § | Case No: 2:16-CV-00763-JRG-RSP |
| | § | |
| vs. | § § | CONSOLIDATED CASE |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL OF DEFENDANT
## TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Plaintiff Somaltus LLC ("Somaltus") and Defendant Toshiba America Information Systems, Inc. ("TAIS") file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Somaltus and TAIS stipulate that:

1. Somaltus hereby stipulates to dismissal with prejudice of all of its claims against TAIS in this suit.

2. Somaltus and TAIS shall each bear its own attorneys' fees and costs incurred in connection with this action.

Dated: June 5, 2017          Respectfully submitted,

                                             */s/ Jay Johnson*
                                             **JAY JOHNSON**
                                             State Bar No. 24067322
                                             **BRAD KIZZIA**
                                             State Bar No. 11547550
                                             **KIZZIA JOHNSON PLLC**
                                             1910 Pacific Ave., Suite 13000
                                             Dallas, Texas 75201
                                             (214) 451-0164
                                             Fax: (214) 451-0165
                                             jay@kjpllc.com
                                             bkizzia@kjpllc.com

                                         **ATTORNEYS FOR PLAINTIFF**

                                             */s/ Kevin J. Malaney*
                                             Kimberly K. Dodd (**LEAD ATTORNEY**)
                                             Kevin J. Malaney
                                             **FOLEY & LARDNER LLP**
                                             777 East Wisconsin Avenue
                                             Milwaukee, WI 53202-5306
                                             Telephone:  (414) 271-2400
                                             Facsimile:  (414) 297-4900
                                             email:  kdodd@foley.com
                                             email:  kmalaney@foley.com

                                         **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on June 5, 2017 he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                             */s/ Jay Johnson*
                                             Jay Johnson

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on June 5, 2017.

                                             */s/* Jay Johnson
                                             Jay Johnson