# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SOMALTUS LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-CV-00757-JRG-RSP |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| ASUS COMPUTER INTERNATIONAL | § § | |
| Defendant. | § § | |
| SOMALTUS LLC | § § | |
| Plaintiff, | § | Case No: 2:16-CV-00763-JRG-RSP |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On this date, the Court considered Plaintiff Somaltus LLC's Stipulation of Dismissal Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Toshiba America Information Systems, Inc. ("TAIS") are dismissed with prejudice.

**SIGNED this 9th day of June, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE